UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORLD FINANCIAL GROUP INSURANCE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>ERIC OLSON, et al.,<br><br>Defendants. | Case No.  24-cv-00480-EJD<br><br>**ORDER TO SHOW CAUSE REGARDING MOTION TO DISMISS**<br><br>Re: ECF No. 153 |

The Court is in receipt of Defendant DaJuan Cofield's motion to dismiss.  ECF No. 153.  Mr. Cofield was served with the complaint and summons on April 5, 2024.  ECF No. 103.  Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Mr. Cofield to answer or otherwise respond to the complaint was April 26, 2024—21 days after being served.  Mr. Cofield's motion was untimely filed on May 16, 2024, without leave of Court.  Nor did Mr. Cofield or his counsel submit any declaration regarding a justification for the belated filing.

Accordingly, the Court ORDERS Mr. Cofield to show cause by July 26, 2024, why he failed to seek leave of Court and why his motion should not be denied as untimely.  Mr. Cofield's response to this Order should include a supporting declaration from Mr. Cofield, his counsel, or both.

**IT IS SO ORDERED.**

Dated: July 19, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 24-cv-00480-EJD
ORDER TO SHOW CAUSE

1